448-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NOVOROSSIYSK SHIPPING COMPANY,   07 CV 8017 (PAC)

                Plaintiff,   RULE 7.1 STATEMENT

   -against -

SUN ENERGY TRADING LTD.,

                Defendant.
-------------------------------------------------------------------x

The Plaintiff, NOVOROSSIYSK SHIPPING COMPANY, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       September 12, 2007

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff NOVOROSSIYSK SHIPPING COMPANY

             By: _____
                          Peter J. Gutowski (PG 2200)
                          Pamela L. Schultz (PS 8675)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Facsimile: (212) 425-1901

NYDOCS1/289711.1