448-07/PJG

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NOVOROSSIYSK SHIPPING COMPANY,

           Plaintiff,

-against-

SUN ENERGY TRADING LTD.,

           Defendant.
------------------------------------------------------------x

07 Civ. 8017 (PAC)

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO RULE 41**

The Defendant, not having appeared, answered or having filed a motion for summary judgment, and the Plaintiff having reported to the Court that an agreement was reached between he parties and substitute security arranged, the above-entitled action is hereby discontinued without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the attachment issued herein is withdrawn and cancelled.

Dated: October 4, 2007

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                            Peter J. Gutowski (PG 2200)
                                            80 Pine Street, 24th Floor
                                            New York, NY 10005

**SO ORDERED:** 10-4-07

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

NYDOCS1/291374.1